plaintiffs in error.   No appearance for the defendants in error.

No. 21. SAMUEL LOEB, PLAINTIFF IN ERROR, *v.* THE STATE OF GEORGIA.   In error to the Court of Appeals of the State of Georgia.  October 30, 1912.   Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Thomas S. Felder* for the defendant in error.   No appearance for the plaintiff in error.   *Mr. Thos. S. Felder* for the defendant in error.

No. 547. THE ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., PLAINTIFFS IN ERROR, *v.* VALENTINA CHAVES DE PADILLA.   In error to the Supreme Court of the Territory of New Mexico.   November 4, 1912.   Dismissed with costs, per stipulation, and cause remanded to the Supreme Court of the State of New Mexico.   *Mr. Robert Dunlap* for the plaintiffs in error.   No appearance for the defendant in error.

No. 4. M. KAHN & BROTHER, PLAINTIFF IN ERROR, *v.* J. F. BLEDSOE, TRUSTEE, ETC.   In error to the Supreme Court of the State of Oklahoma.   November 4, 1912. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Evans Browne* in behalf of counsel for the defendant in error.   *Mr. William F. Bowman* for the plaintiff in error.   *Mr. S. T. Bledsoe* for the defendant in error.

No. 125. THE MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* CLARENCE C. GRAY.

226 U. S: Cases Disposed of Without Consideration by the Court.

In error to the Supreme Court of the State of Minnesota. November 11, 1912. Dismissed with costs on authority of counsel for the plaintiff in error. *Mr. W. H. Bremner* for the plaintiff in error. No appearance for the defendant in error.

---

No. 747. A. W. MORSE, PLAINTIFF IN ERROR, *v.* THE BALTIMORE & OHIO SOUTHWESTERN RAILWAY COMPANY. In error to the District Court of the United States for the Northern District of Texas. November 13, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. William H. Atwell* for the plaintiff in error. No appearance for the defendant in error.

---

No. 780. G. L. CRENSHAW, APPELLANT, *v.* CARROLL ALLEN, AS TRUSTEE IN BANKRUPTCY OF THE ESTATE OF FRED DORR, BANKRUPT. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. November 15, 1912. Dismissed, each party paying his own costs, per stipulation. *Mr. William B. Mathews* for the appellant. *Mr. James H. Shankland* for the appellee.

---

No. 5, Original. THE UNITED STATES OF AMERICA, COMPLAINANT, *v.* THE PEOPLE OF THE STATE OF NEW YORK ET AL. December 2, 1912. Dismissed without prejudice on motion of *Mr. Solicitor General Bullitt* for the complainant. *The Attorney General* for the complainant. *Mr. James M. Hunt* for the defendants.

---

No. 793. MARIUS CALMELS, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER OF IMMIGRATION, ETC.;